UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shipon Ahmed,<br><br>      Plaintiff,<br><br>  -against-<br><br>Kristi Noem, Secretary U.S. Department of Homeland Security, et al.,<br><br>      Defendants. | 26-CV-118 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Pursuant to the Court's January 12, 2026 Order, Dkt. 6, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Tuesday, April 7, 2026**.

   SO ORDERED.

Dated: April 6, 2026
   New York, New York

                ARUN SUBRAMANIAN
               United States District Judge